1    Armond Glenn Evans
     15628 Carrousel Drive
2    Santa Clarita, CA  91387
     818-433-5010
3    cleandollas@gmail.com
     In Pro Per



4

5                  UNITED STATES DISTRICT COURT

6        CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

7    AMERICAN CONTRACTORS INDEMNITY      Case No.: 5:20-cv-00598 GW (SPx)
     COMPANY, a California corporation; ADAM SCOTT
     PESSIN; EDIT MARQUES; FRANK J. LANAK;
8    TRACY A. STEVENSON,

9            Petitioners,               **MOTION TO OPPOSE PETITION TO VACATE ARBITRATION AWARD (9 U.S.C. §10); DECLATORY RELIEF, INJUNCTION RELIEF; RESPONDENT'S PETITION TO CONFIRM ARBITRATION AWARD CAL. CIV. PROC. CODE §§ 1288, 1288.4**

10    vs.

11    ARMOND GLENN EVANS

12            Respondent

13        Respondent, Armond Glenn Evans ("Respondent"), residing at 15628 Carrousel Drive Santa

14   Clarita, CA 91387.  Respondent hereby seeks to oppose the Petition to Vacate Arbitration Award (9

15   U.S.C. §10), Declatory Relief and Injuction Relief, filed by Petitioners, in this court, March 25, 2020.

16        Respondent asks the court to deny the Petitioner's request to Vacate Arbitration Award,

17   Declatory Relief or Injunction Relief.

18

19                          **OPPOSITION**

20   1.   **On the First Claim for Relief to Vacate Arbitration Award:**  Respondent asks the court to

21        deny the Petitioner's request.  Respondent received a Final Arbitration Award on February 20,

22        2020, which has been included.  The Final Arbitration was based upon contract #RE 241 376785,

23        which was in response to an offer by the Respondent to a demand for debt by the Petitioner

24        and per civil rules, as settlement offer or plea agreement is permissible.

25

26

27

28   MOTION TO OPPOSE PETITION TO VACATE ARBITRATION AWARD (9 U.S.C. §10); DECLATORY
     RELIEF, INJUNCTION RELIEF; RESPONDENT'S PETITION TO CONFIRM ARBITRATION AWARD CAL.
                      CIV. PROC. CODE §§ 1288, 1288.4 - 1

2. **On the Second Claim for Relief for Declaratory Relief:** Respondent asks the court to deny the Petitioner's request.  Respondent received a Final Arbitration Award on February 20, 2020, which has been included.  The Final Arbitration was based upon contract #RE 241 376785, which was in response to an offer by the Respondent to a demand for debt by the Petitioner and per civil rules, as settlement offer or plea agreement is permissible.

### RESPONDENT'S PETITION TO CONFIRM ARBITRATION AWARD

1. Respondent received a Final Arbitration Award on February 20, 2020, which has been included. Respondent further seeks confirmation of this Final Arbitration Award from this court pursuant to (9 U.S.C § 9).

2. Per the Final Arbitration Award, Petitioners received a forewarning that the award was a valid/binding/irrevocable/and enforceable agreement per FAA 9 U.S.C. §1&2.

3. According to the Supreme Court of the United States ruling No. 17–1272 (excerpt The "wholly groundless" exception to arbitrability is inconsistent with the Federal Arbitration Act and this Court's precedent. Under the Act, arbitration is a matter of contract, and courts must enforce arbitration contracts according to their terms.)

Armond Evans

# ALL-PURPOSE PROOF OF SERVICE

I,   Brett "Eeon" Jones, being at or above the age of 18, of the majority and not a party to the action, a citizen of the United States of America, did mail the document entitled:

## FINAL & BINDING ARBITRATION AWARD

by placing it in an envelope addressed to: Name and address:

Armond Glenn Evans
15628 Carousel Drive
Santa Clarita, CA 91387

U.S.P.S. Tracking #: 9405511699000615416619

Adam Scott Pessin
625 The City Drive, Suite 190
Orange, CA 92868

U.S.P.S. Tracking #: 9405511699000615411850

Edith Marquis
625 The City Drive, Suite 190
Orange, CA 92868

U.S.P.S. Tracking #: 9405511699000615411614

Tracy A. Stevenson
625 The City Drive, Suite 190
Orange, CA 92868

U.S.P.S. Tracking #: 9405511699000615411010

Frank J. Lanak
625 The City Drive, Suite 190
Orange, CA 92868

U.S.P.S. Tracking #: 9405511699000615411539

Affixing the proper postage and depositing it with the local postal carrier, also being of the age of the majority, and not a party to this action who upon receipt guarantees delivery as addressed and/or local drop box guaranteeing the same as prescribed in law. If called upon I provide this sworn testimony based on first-hand knowledge of the aforementioned events attesting and ascribing to these facts on this day March 05, 2020.

/s/ Brett "Eeon" Jones

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:
Armond Evans

AND WHEN RECORDED MAIL TO:
Armond Evans
15628 Carousel Drive
Santa Clarita California[91387]

_THIS SPACE FOR RECORDER'S USE ONLY_

## Miscellanous Filing Final Arbitration award

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

SAA-AGE745367G7F-IJCCXZP-087567-L9FGBJ

A190A-AE-001

# IN THE MATTER OF ARBITRATION BETWEEN THE FOLLOWING PARTIES:

:ARMOND-GLENN: EVANS, ET AL.,

　　　　CLAIMANT,

　　v.

CASE NO.:  SAAAE-A190A-02142020-BJ

*9 UNITED STATES CODES*
*§ 1, 2, 9, 10, 11*

:AMERICAN CONTRACTORS INDEMNITY COMPANY

C/O ADAM SCOTT PESSIN; EDITH MARQUES,

TRACY A. STEVENSON, & FRANK J. LANAK, ET AL.,

　　RESPONDENT(S).

**THE COMMON LAW**

SEALED.

## FINAL ARBITRATION AWARD

Breach or violation of required contract terms:

　　The parties have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, and shall specify the court, then at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this Title. If no court is specified in the agreement of the parties, then such application may be made to the United States court in and for the district within which such award was made. Notice of the application shall be served upon the adverse party and thereupon the court shall have jurisdiction of such party as though they had appeared generally in the proceeding. If the adverse party is a resident of the district within which the award was made, such service shall be made upon the adverse party or their attorney as prescribed by law for service of notice of motion in an action in the same court. If the adverse party shall be a nonresident, then the notice of the application shall be served by the marshal of any district within which the adverse party may be found in like manner as other process of the court.[1]

---

[1]July 30, 1947, Ch. 392, 61 Stat. 672.

SITCOMM ARBITRATION ASSOCIATION

SAA-AGE745367G7F-IJCCXZP-087567-L9FGBJ

A190A-AE-001

Arbitrator's Name:     Brett Jones

Location:               Chino, California

    1. This matter came before this Arbitrator, Brett Jones; who possesses over thirty (34) years of experience in contract law, arbitration and dispute resolution; being competent to hear this matter and notes that the record demonstrates that the Respondent(s) were duly notified by the process server at my order and have failed and/or elected to remain moot as to the claim and allegations of willful default.

    2. This Arbitrator has Subject Matter Jurisdiction, SMJ; as acknowledged by 9 U.S. Codes §1, §2, §9; 28 U.S. Code §§ 1346; and the established common law not limited to the following specifics:

a.    That Claimant(s)

    i.    :Armond-Glenn: Evans is a citizen of the state of California; and

b.    The Respondent(s)

    i.    Adam Scott Pessin, Et. Al.,

    ii.    Edith Marquis, Et. Al.,

    iii.    Tracy A. Stevenson, Et Al., &

    iv.    Frank J. Lanak, Et Al.

    Entered into contractual agreement # RE 241 376785 US.

    3. Did the Respondent(s) have a duty or obligation to respond to the Claimant(s) unilateral compelled performance contract? The answer is in the filing of civil cause # 18STLC15337 which was filed on December 21, 2018 (Tracy T. Stevenson), predates the contract, is incorporated within the contract. The contract is a response to an offer by the Claimant to a demand for a debt by the Respondent(s) and per civil rules, a settlement offer or plea agreement is permissible.

Page | 2

SITCOMM ARBITRATION ASSOCIATION

SAA-AGE745367G7F-IJCCXZP-087567-L9FGBJ

A190A-AE-001

4. Tracy Stevenson is a "learned" individual and knew that with respect to contracts (unilateral performance agreements), one must timely disaffirm, reject, or such act(s), forbearances, action(s), performances may be deemed assent.[2] The questions were reasonable, proof of debt and the right to challenge debt is deemed appropriate under the rules of the Fair Debt Collection Procedures Act and the Fair Debt Collection Practices Act. The contract notes that the United States, when it sits to collect a debt; is deemed "a federal corporation."

5. 'It is to be noted that 'unilateral contracts,' are construed under "Restatement (Second) of Contracts," U.C.C. § 9-208; The Federal Arbitration Act, as the courts have repeatedly held the principles of contract law as follows:

> "The offer may be accepted by silence accompanied by an act, that constitutes performance of that requested in order for the contract to be effective. The law recognize[s] unilateral contract(s), where one party makes a promissory offer and the other accepts by performance (performing/conduct/acts/actions) an act rather than making a return promise. That one who accepts the benefits (performs by actual and deliberate conduct) under a contract is (bound) regarded as having [r]atified the agreement. A master of the offer may invite acceptance by conduct (performance) (See: U.C.C. § 9-208) of terms, provided that the offeree's failure is not timely cancelled (rejects offer as permitted by law). By conduct, performance, a plaintiff thereby accepts the terms and conditions associated.'"

6. As noted, the contract is between two (2) or more parties that are competent to enter into an agreement. Each had a duty or obligation under the agreement. The agreement was do-able/workable, the agreement had an arbitration clause and commerce clause as well as an expiration date. In accordance with contract law, the agreement is binding, enforceable, valid and irrevocable.[3]

---

[2] U.C.C. § 9 208-210; *Jianjsu, Et Al. v. Burlington, Et Al.*, 399 F.Supp.2d. 165, 168 (E.D.N.Y. 2005); *Tiajin Port Free, at 4, 5; Europear Italia, Sp.A. v. Maiella, Et Al.*, 156 F.3d 310, 315 (2nd Cir. 1998); *Prima Paint Corp. v. Food & Conlin MFG, Co.*, 388 US 395, 403, 404 (1967).

[3] 9 U.S.C. § 1-2; Restatement (Second) of Contract; Ca. Restatement of Contract (See: § 24, 94-97).

SITCOMM ARBITRATION ASSOCIATION

SAA-AGE:745367G7F-IJCCXZP-087567-L9FGBJ                                          A190A-AE-001

7. In regard to the Syntex grammar-performance section "Addendum with Definitions," is deemed included as such is also referenced in the agreement. However, per the FAA and the contract, Syntex grammar is not binding upon the Arbitrator, however; the Respondent(s) as language suggested they agreed to use or be governed by such provision, is such a requisite noted or plainly stated, ~g. [:...:].

**Arbitral Authority/Jurisdiction:**

8. Section's: ~b....; ~c....; ~d....; and ~e....; each highlights the exclusivity of arbitration respecting controversy, default and the defaulting parties waiver of rights with respects thereto. The non-defaulting party has chosen at random this neutral, who has no recollection of any prior relationship and even if such were to exist, this Arbitrator will continue to be impartial, fair and consider all of the evidence presented by all parties as required by law of due process and the principles associated thereto.

9. The FAA shall be the sole governing guide for which the contract is viewed and the award is issued and per the agreement, the award may be confirmed in any district court (federal/state district) whereby a party chooses, without limit or restriction.

**Validation of Debt Demand Creates a Duty per the FDCPA:**

10. ~f. [:Complete validation of any debt...:]

11. No such validation has been provided by any of the Respondent(s) who alleged a debt in the matter filed in December 2018; request made under the "collective entity" doctrine, the Respondent(s) are the custodian's of record and sit in a position of trust. They have and had a duty of care and have, in the opinion of this Arbitrator; breached that duty.

12. I find that the contract is a valid unilateral agreement with a valid performance "tacit acquiescence," clause, as such occurred by the failure to act despite owing a duty to act.

SITCOMM ARBITRATION ASSOCIATION

SAA-AGE745367G7F-IJCCXZP-087567-L9FGBJ                                    A190A-AE-001

13.  I find that the parties waived their right to a jury trial on the issues solely assigned to this Arbitrator and that the alleged debt under U.C.C. § 3 & 5 is deemed paid due to lack of validation, proof of debt and agreement of the parties.

**Awarded Amount**:

14.  The contract prohibits this Arbitrator from issuing an award for less than two (2) x's the original value; which value is as follows:

$ 2,500.00 from each Party for Arbitration

$ 8,984.42 Original Suit (See: ~7)

$ 6,400.00 Legal Fees (~4) yet per Gold Abrogation Act of June 5, 6, 1933 only what is legal tender at the time may be demanded, not gold or silver at this time.

(If contempt occurs as herein defined, the amount is $ 300,000.00 per offender).

15.  This Arbitrator construes the "Bill-Invoice" to be a validation of debt demand and to impose a fee of $ 1,000.00 for each day the unvalidated debt remained on the public record, which could damage the Claimant's reputation.  At present, the FDCPA permits a party to be awarded up to $ 1,000.00 per day and the FCC attaches the same to robo-caller's per call.  This fee is by relation reasonable and it is also reasonable that it be retroactive to the date of December 18, 2018 when originally claimed.  The award amount for invalidity of the debt and the failure to validate is:

16.  $ 426,000.00 for 426 days of failing to validate an alleged debt as required by law. A party may agree to redress via arbitration as is the case here where the parties agreed via assent, performance, forbearance and failure to act as required by law.

17.  The $ 443,884.42 is payable and due as the total awarded amount.  That this is an attempt to collect a debt and each Claimant is severalty required to pay the amount.  It is noted

SAA-AGE745367G7F-IJCCXZP-087567-L9FGBJ                                          A190A-AE-001

that each Respondent is bonded, insured and is commanded to file a claim with risk management (surety/insurance/assurance company) admitting liability and to do so upon receipt of this award.

18.   Respondent(s) are reminded of the estoppel agreement whereby they agreed not to contest, protest, or attach the award by the Arbitrator, or the effort of the Claimant to confirm the award that was by agreement and evidence fairly rendered.  This Arbitrator relied upon all evidence presented and as certain documents were referenced in the agreement they were considered as required via the agreement.  The Respondent(s) were aware of the agreement as proof of service documented knowledge and the Respondent(s), although had knowledge of this hearing; elected not to participate and defaulted as to any defense.  Respondent(s) agree that they were parties to the agreement and elected to acquiesce to the final decision of this Arbitrator.

19.   Default judgment is hereby entered against each Respondent and such is done with prejudice.

20.   Under the jurisdiction of the FAA, this award is without bias, fraud, misconduct and/or miscalculation.  Rendered in reliance upon the FAA, the contract and evidence presented.

21.   Should the Respondent(s) violate this order, they shall be held in contempt without hearing as this notice shall serve as forewarning and they are reminded of their obligation per the still valid/binding/irrevocable/and enforceable agreement per FAA 9 U.S.C. §1 & 2,

It is so ordered with prejudice.

*(Remainder of Page Left Intentionally Blank)*

SITCOMM ARBITRATION ASSOCIATION

SAA-AGE745367G7F-IJCCXZP-087567-L9FGBJ

A190A-AE-001

## NOTICE OF THIS AWARD DELIVERED TO THE FOLLOWING:

Claimant:

Armond Glenn Evans
15628 Carousel Drive
Santa Clarita, California 91387

Respondent(s):

Adam Scott Pessin
625 The City Drive, Suite 190
Orange, California 92868

Edith Marquis
625 The City Drive, Suite 190
Orange, California 92868

Tracy A. Stevenson
625 The City Drive, Suite 190
Orange, California 92868

Frank J. Lanak
625 The City Drive, Suite 190
Orange, California 92868

**SO, AWARDED.**

**Be it so this 20th day of February 2020.**

Hearing Site:  Chino, California

02/20/2020

/s/ *Brett "Econ" Jones*

*ARBITRATOR*

IMPORTANT NOTICE:  Certification of services rendered.  The Original Arbitration Award is given to the Claimant to be retained as private property.  No Trespass.  Certified Copies of the Original can only be issued with permission of the Arbitrator.

SITCOMM ARBITRATION ASSOCIATION

*:Armond-Glenn:Evans.*
*[:c/o 15628 Carrousel Dr. Santa Clarita, Ca. [91387]:]*
*[:Tuesday:~May 21, 2019:]*

*:RE 241 376 785 US*

**[:In my private capacity:] [:Notice of liability - Non negotiable:]**
**[:Bills of the Lading:] [:Within The Admiralty:]**

**[:Written in plain language to assist:]**

[:AMERICAN CONTRACTORS INDEMNITY COMPANY c/o Adam Scott Pessin President & CEO Edith Marques, Tracy A. Stevenson (Bar No. 162408) Frank J. Lanak  (Bar No.43487) 625 The City Drive South, Suite 190, Orange, CA  92868

 [:RE 241 376785 US:] [:March 27, 2019-Regarding  ARMOND EVANS, ARMOND GLENN EVANS case No.18STLC15337:]

**For the C.-S.-S.-C.-P.-S.-G.-P.:- :Stop-and-correct-claim and voidance of perjury:]**

: For the voidance of perjury, plaintiff to provide the oaths of all parties, title, and statutes, written in the Correct-Sentence-Structure-Parse-Syntax-Grammar-Performance.

[: PLAIN LANGUAGE - I am happy to discharge or settle any verified claims in the matter of  Case No. 18STLC15337 on the following conditions:].

~1. [: I request specific necessary proofs, as listed below in order to assist you with your matter, but I have not received several items we would require in order to proceed:].

~2. [: I have not received closure as to which dictionary or styles manual you are writing from in your documents, which I can easily refer to and understand as attached to the alleged contract in this matter, in  this case that document is:] SUMMONS.

 [: As a result of this non-clarity, this raises possible issues with Americans with Disabilities Act (ADA),  the rule of Antitrust with the Federal Trade Commission, the Fair Debt Collection Practices act, and/or  other acts such as 18 USC 1001, and 18 USC 1341 and 18 USC 1342 involving commercial  communications and the Universal Postal Union and otherwise. One major concern has been the use of a  non-correct name(s) and fictious similar  name(s) being used for profit and done so without my express  written authorization.:].

*1 of 12*

~3. [I have received several documents which are attached, which I have questions of regarding areas of style, definitions, grammar, and explanation of [boxing] methods being used. See enclosed documents and markings which raise such questions I still have as of this time. There are substantial lack of definitions and syntax and grammar issues, make it impossible to understand and unconditionally accept any of these documents which now have been forensically analyzed and marked, to aid in your detailed response. Please respond and correct each marking and explain it to me with definitions, and sign to this under penalty of perjury as true, because I understand none of this at this time, even with or without counsel. A full correction with explanation of all terms, variable syntax, grammar issue notes, and boxing deletions relating to the four corners rule, is required to proceed:].

~4. [: My fee schedule for having to deal with this matter equals actual expenses plus **$400 per hour**, whereby I now have spent 16.0 hours on correspondence, in research and evidence gathering, for a total to this point of **$6,400 USD backed with** Gold or Silver to date, plus expenses for postage, transportation, and fines as related to violation of federal or state laws as may be allowed. A final bill will be submitted once determined:].

~5. [: On examining your paperwork, we have come to the conclusion that there may be more than one person or party making these offers to contract. Therefore, all parties are equally and severally liable in their individual capacity for the final bill due:].

~6. [: In my law-abiding capacity and coming in honor with clean hands, I require to see the following information before proceeding further with your offer:]:

~a. [: Of all parties receiving this notice, provide your full given Names using no abbreviations or all capitalized names, or fictious titles:].

~b. [: Your qualification and official capacity, with letters of appointment:].

~c. [: Evidence and proof of your mandate or authority and Bond, and actual state license, and not merely a BAR Union Membership Card if applicable as an attorney:].

~d. [: Oath of office copy with proper autographs accepting full liability:].

~e [: Your Anti Bribery statement as directed by the Foreign Corrupt Practices Act – Anti-Bribery Provisions, as was required when you took your oath, and I require your foreign registration statement which must be on file, as all those who take oaths become foreign at the time of the oath, per Title 22 USC Code 612.:]

~f. [: Complete validation of the any debt or charge claimed made, do so under oath, complete with original signatures of both parties on each side of the subject contract. This could also include a signed and sworn affidavit of a real party in interest who says I have harmed them. This would be required to proceed with an Article 3 jurisdiction and trial:].

~g.  [: Correction of syntax documentation from all parties participating to bring a change of suit in this case, and the bonds they provided, including definitions and sources of words used, to protect and indemnify me in the event of a harm by those parties, plus their sworn evidence that they are acting within their official capacity. Personal addresses of those parties would also be required in the event these parties acted outside their authority, and therefore their private capacity:].

~h.  [: I further require a copy of all tax forms you and all parties will file, resulting from profits derived from securities generated for the case. I require this disclosure, so I do not have to report such suspicious activity myself to IRS CID myself on a 4490 and 8281 or otherwise, regarding the possible unreported tax liability and taxable activity of those parties:].

~7. AMERICAN CONTRACTORS INDEMNITY COMPANY agrees to submit to binding arbitration if the 'conditional acceptance/offer to cure' for this case is dishonored. AMERICAN CONTRACTORS INDEMNITY COMPANY further agrees to waive all rights to a trial before a judge or jury, to observe this agreement and the arbitration Code of Procedure, and to abide by and perform any award rendered by the Arbitrator(s) or a judgment entered by a court having jurisdiction. That the arbitrator is permitted and allowed to adjust the arbitration award to no less than two times the original value of the lawsuit claim amount, plus the addition of fines, penalties, and other assessments that are deemed reasonable to the arbitrator upon presentment of such claim, supported by prima facie evidence of the claim. In the event a court having jurisdiction finds any portion of this agreement unenforceable, that portion shall not be effective and the remainder of the agreement shall remain effective. This agreement shall be governed by and interpreted under the Federal Arbitration Act, 9 U.S.C. Sections 1-16.

A party aggrieved by the alleged failure, neglect, or refusal of another to arbitrate under a written agreement for arbitration may petition any United States jurisdiction under title 28, in a civil action.

~a. ADDITIONALLY it is exigent and of consequence for the Undersigned to inform Respondent(s), in accordance with and pursuant to the principles and doctrines of "clean hands" and "good faith," that by Respondents(s) failure and or refusal to respond and provide the requested and necessary Proof of Claims raised herein above and thereby; and it shall be held and noted and agreed to by all parties, that a general response, a nonspecific response, or a failure to respond with specificities and facts and conclusions of common law, and or to provide the requested information and documentation that is necessary and in support of the agreement shall constitute a failure and a deliberate and intentional refusal to respond and as a result thereby and or therein, expressing the defaulting party's consent and agreement to said facts and as a result of the self-executing agreement, the following is contingent upon their failure to respond in good faith, with specificity, with facts and conclusions of common-law to each and every averment, condition, and/or claim raised; as they operate in favor of the Undersigned, through "tacit acquiescence," Respondent(s) NOT ONLY expressly affirm the truth and validity of said facts set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim, but Respondent(s); having agreed and consented to Respondent(s) having a duty and obligation to provide the requested and necessary Proof of Claims raised herein above, will create and establish for Respondent(s) an estoppel in this matter(s), and ALL matters relating hereto; and arising necessarily therefrom;

3 of 12

~b. In accordance with and pursuant to this agreement; a contractually (consensual) binding agreement between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim to include the corporate Government Agency/Department construct(s) whom Respondent(s) represents/serves; as well as, ALL officers, agents, employees, assigns, and the like in service to Respondent(s) will not argue, controvert, oppose, or otherwise protest ANY of the facts already agreed upon by the parties set and established herein; and necessarily and of consequence arising therefrom, in ANY future remedial proceeding(s)/action(s), including binding arbitration and confirmation of the award in the District Court of the United States at any competent court under original jurisdiction, in accordance with the general principles of non-statutory Arbitration, wherein this Conditional Acceptance for the Value/Agreement/Contract no, 241 376 785 US constitutes an agreement of all interested parties in the event of a default and acceptance through silence/failure to respond when a request for summary disposition of any claims or particular issue may be requested and decided by the arbitrator, whereas a designated arbitrator shall be chosen at random, who is duly authorized.

~c. The arbitrator is permitted and allowed to adjust the arbitration award to no less than two times the original value of the properties associated with this agreement, plus the addition of fines, penalties, and other assessments that are deemed reasonable to the arbitrator upon presentment of such claim, supported by prima facie evidence of the claim.

~d. The defaulting party will be estopped from maintaining or enforcing the original offer/presentment; i.e., the above referenced alleged Commercial/Civil/Cause as well as ALL commercial paper (negotiable instruments) therein, within any court or administrative tribunal/unit within any venue, jurisdiction, and forum the Undersigned may deem appropriate to proceed within in the event of ANY and ALL breach(s) of this agreement by Respondent(s) to compel specific performance and or damages arising from injuries there from. The defaulting party will be foreclosed by laches and or estoppel from maintaining or enforcing the original offer/presentment in any mode or manner whatsoever, at any time, within any proceeding/action. Furthermore, the respondents are foreclosed against the enforcement, retaliation, assault, infringement, imprisonment, trespass upon the rights, properties, estate, person whether legal, natural or otherwise of the presenter/petitioner and/or his interest and/or his estate retroactively, at present, post-actively, forever under any circumstances, guise, and or presumption!

~e. in the event of any physical or mental incapacity to act as arbitrator, the Undersigned shall retain the authority to select any neutral(s)/arbitrator(s) that qualify pursuant to the common law right to arbitration, as the arbitration process is a private remedy decided upon between the parties, and with respects this agreement, the defaulting party waives any and all rights, services, notices, and consents to the undersigned and or the undersigned's representative selection of the arbitrator thereby constituting agreement, and any controversy or claim arising out of or relating in any way to this Agreement or with regard to its formation, interpretation or breach, and any issues of substantive or procedural arbitrability shall be settled by arbitration, and the arbitrator may hear and decide the controversy upon evidence produced although a party who was duly notified of the arbitration proceeding did not appear; that the Undersigned deems necessary to enforce the "good faith" of ALL parties hereto within without respect to venue, jurisdiction, law, and forum the Undersigned deems appropriate.

4 of 12

You have 10 days from receipt to comply or be in default and therefore agree that your claim is withdrawn with prejudice regarding case #18STLC15337 or related cases. A separate final payable bill will also be provided at that time if another settlement arrangement is not made by that time. All other attempts to collect or proceed, shall be void action as agreed by all parties after default.

Notice:  Any and all attempts at providing the requested and necessary proof of claims raised herein above and requesting the addition ten (10) calendar days, in which to provide same and address address any and all questions and concerns to the undersigned in regards to the stated Copyright and waiver herein expressed, in any manner other than that provided for herein will be deemed non-responsive.

*:Armond-Glenn:Evans*

[:Armond-Glenn:Evans.][:for estate named: ARMOND GLENN EVANS:]
:copy-right/copy-claim. [:With the reservation of rights.:]

[:Attachments Include:]:  Addendum with definitions, Syntax Documents

/
/
/
//
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

5 of 12

:Armond-Glenn:Evans.

:POSTMASTER

FLAG OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATIONS-PARSE-SYNTAX-GRAMMAR WITH THE CONTRACTING-PERSONS OF A CONTRACTUAL-POSTAL-CORPORATION

~15628 Carrousel Dr. Santa Clarita, Ca.91387

: :cell~ 818-433-5010

:EMAIL:   cleandollas@gmail.com

**Definitions**

~0 conjunction

~1 adverb

~2 verb (by modification)

~3 adjective

~4 pronoun

~5 (pre)position

~6 article

~7 noun

~8 past time

~9 future time

**:For the claim of use quantum languages and violations by re-spondent.**

: Title~42: USCS~1986 Knowledge and Stop-Correct-Wrongs.

~FRCP-26-E:Closure

~FRCP-9-B: Fraud by confession

~Title~18: USCS~1001 & 1002: Fictional-Communications

6 of 12

~Title~15: USCS~1692E Fraud & Misleading Statements

~Title~15: USCS~78 ~ ff: Penalty: $25,000,000

~Title~42: USCS~1985-1: Conspiracy-Civil,

~Title~42: USCS~1985-2: Obstruction-evidence & Witness,

~Title~42: USCS~1985-3: Depriving Evidence & Witness>>

~Title~18: USCS~1961: RICO

~Title~18: USCS~242: Coloring of the Laws = Ailing

~Title~18: USCS~241: Criminal-Conspiracy = tort

~Title~18: USCS~3: Criminal-Participation-Knowledge

~Title~42: USCS~1983: Personal Damages

~Title~18: USCS~1512: Obstruction of the Law

~Title~18: USCS~1341: Frauds and swindles

~Title~18: USCS~1342: Fictitious name or address

:AIDING: CORRUPTION AT THE START/BEGINNING

~JUSTICE~ JU=no, S=Speak, TI=Title, CE=Judge

7 of 12

**Some references requiring foreign agent registration and anti bribery acts**

Title 8 1481 once and oath is taken citizenship is relinquished, thus that person becomes a foreign entity, agent, agency, or state.

The means every public office is a foreign state in relation to the US citizen, include political subdivisions, (i.e.; every single court and it's personnel, and or any and attorneys (judges included) is a separate foreign entity.

Title 22 USC Code 612 (Foreign Relations and Intercourse) Chapter 11 identifies all public officials as "foreign agents".

Title 28 USC 3002 section 15A states that the United States is a Federal Corporation and no a Government, including the Judiciary Procedural section.

Federal Rules of Civil Procedure (FRCP) 4j states: state that the court jurisdiction and immunity fall under a foreign state.

The 11th Amendment states - The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of *any Foreign State*.

Foreign registration statement 22 USC 612

18 USC section 1342 Mail Fraud, Fictitious Name etc.

8 of 12

*[Handwritten top margin]* is true and correct, under the penalty of perjury

Electronically FILED by Superior Court of California, County of Los Angeles on 12/31/2018 01:24 PM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Salazar, Deputy Clerk
18STLC15337

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

*[Handwritten: B=" ". [ ], ( )= Boxing =Void]*

**NOTICE TO DEFENDANTS** *[Handwritten: " // = NO =No contract =Void]*
*(AVISO AL DEMANDADO):*
ARMOND EVANS aka ARMOND GLENN EVANS, an individual; and DOES 1 through 75, inclusive,

*[Handwritten: ND=NOT Defined]*
*[Handwritten: NOT full F per name]*
*[Handwritten: B= Future time / = NO contract 9 = Past time]*

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF LOS ANGELES, CENTRAL DISTRICT
111 North Hill Street, Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):*
18STLC15337

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
TRACY A. STEVENSON (Bar No. 162408) (714) 620-2350
LANAK & HANNA, P.C. [#25590]
625 THE CITY DRIVE SOUTH, SUITE 190
ORANGE, CA 92868

DATE: 12/31/2018
*(Fecha)*

Sherri R. Carter Executive Officer / Clerk of Court
Clerk, by _____ , Deputy
*(Secretario)* Diana Salazar *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[2227 25590] Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

1301.1909 2647915.1

*[Handwritten bottom center:]* 9 of 12

Electronically FILED by Superior Court of California, County of Los Angeles on 12/31/2018 01:26 PM Sherri R. Carter, Executive Officer/Clerk of Court, by D. Salazar, Deputy Clerk
18STLC15337

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Wendy Chang

1   LANAK & HANNA, P.C.
    Tracy A. Stevenson (Bar No. 162408)
2   Frank J. Lanak (Bar No. 43487)
    625 The City Drive South, Suite 190
3   Orange, CA 92868
    Telephone:   (714) 620-2350
4   Facsimile:   (714) 703-1610
    tastevenson@lanak-hanna.com
5   flanak@lanak-hanna.com

6   Attorneys for Plaintiff
    AMERICAN CONTRACTORS INDEMNITY COMPANY

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                 COUNTY OF LOS ANGELES, CENTRAL DISTRICT

10

11  AMERICAN CONTRACTORS INDEMNITY          Case No. 18STLC15337
    COMPANY, a California corporation,
12                                          _Limited Jurisdiction_
                    Plaintiff,
13                                          COMPLAINT FOR:
        v.
14                                          1. BREACH OF CONTRACT
    ARMOND EVANS aka ARMOND GLENN           2. COMMON COUNTS
15  EVANS, an individual; and DOES 1 through 75,
    inclusive,
16
                    Defendants,
17

18

19                 AMOUNT OF COMPLAINT: $8,984.42

20  Plaintiff alleges as follows:

21                    FIRST CAUSE OF ACTION
22
                     BREACH OF CONTRACT
23
        (As against Defendants ARMOND EVANS aka ARMOND GLENN
24
              EVANS, an individual; and DOES 1 through 75, inclusive)

25      1.  Plaintiff, American Contractors Indemnity Company ("ACIC"), a member of the Tokio

26  Marine HCC Surety Group, was at all times mentioned, and now is, a California corporation, and is duly

27  licensed by the State of California and authorized to do business in this state as a surety company.

28      2.  ACIC does not know the true names or capacities, whether individual, corporate,

    {2227 25590}                          1.
                                      COMPLAINT

1   associate or otherwise, of Defendants fictitiously named as DOES 1 through 75, inclusive. ACIC alleges

2   on information and belief that the fictitiously named Defendants, and each of them, are in some way

3   indebted to ACIC for the acts and obligations alleged in this Complaint.

4       3.    On or about May 17, 2011, Defendants ARMOND EVANS aka ARMOND GLENN

5   EVANS, an individual; and DOES 1 through 75, inclusive, and each of them ("Defendants"), executed a

6   Bond Application/Indemnity Agreement ("Agreement") in favor of ACIC.  A true and correct copy of

7   the Agreement is attached hereto as **Exhibit A**.

8       4.    The Agreement provides for venue in this Court.

9       5.    In consideration of the Defendants' execution of the Agreement, and in reliance on the

10  Defendants' promises to save ACIC harmless from any and all loss, ACIC provided a Contractors

11  License Bond, No. 100164527 ("Bond"), which named PRO PERFORMANCE CONSTRUCTION as

12  Principal, and the State of California as obligee.

13      6.    As a result of its obligations under the Bond, ACIC incurred damages within the last four

14  years in the total amount of $8,984.42.

15      7.    ACIC has in good faith performed all the conditions and obligations to be performed on

16  its part under the Agreement and the Bond.  ACIC made demands on the Defendants to save ACIC

17  harmless and to indemnify and reimburse ACIC from and against any and all claims, losses, and

18  expenses incurred.

19      8.    The Defendants have breached their obligations under the Agreement by failing and

20  refusing to take whatever actions necessary and appropriate to resolve the claim made against the Bond

21  and to hold ACIC harmless from liability and expenses, as previously agreed and, further, by failing and

22  refusing to reimburse ACIC, upon demand, for all payments made and to indemnify and keep ACIC

23  indemnified from all loss, liability, and expense.

24      9.    As a direct and proximate cause of the Defendants' breach of the Agreement, ACIC has

25  been damaged in the amount of $8,984.42, plus interest, attorney's fees and costs.

26      ///

27      ///

28      ///

{2227.25590}

## SECOND CAUSE OF ACTION

## COMMON COUNTS

### (As against Defendants ARMOND EVANS aka ARMOND GLENN EVANS, an individual; and DOES 1 through 75, inclusive)

10.     ACIC refers to and incorporates herein by reference as though fully set forth herein, its allegations contained in the First Cause of Action.

11.     Within the last four years, the Defendants became indebted to ACIC in the sum of $8,984.42, for monies laid out and expended.

12.     There is now due and owing from the Defendants to ACIC the sum of $8,984.42, plus interest, attorney's fees and costs.

WHEREFORE, ACIC requests judgment against the Defendants as follows:

AS TO THE FIRST CAUSE OF ACTION:

1.     For judgment against Defendants ARMOND EVANS aka ARMOND GLENN EVANS, an individual; and DOES 1 through 75, inclusive, and each of them, for $8,984.42, plus interest at the legal rate, attorney's fees and costs of suit;

AS TO THE SECOND CAUSE OF ACTION:

2.     For judgment against Defendants ARMOND EVANS aka ARMOND GLENN EVANS, an individual; and DOES 1 through 75, inclusive, and each of them, for $8,984.42, plus additional amounts according to proof at the time of the trial of this matter.

ON ALL CAUSES OF ACTION:

3.   For costs of suit herein incurred;

4.   For reasonable attorney's fees;

5.   For such other and further relief as the court may deem proper.

DATED: December 31, 2018          LANAK & HANNA, P.C.

By: _____
                    TRACY A. STEVENSON
                    Attorneys for Plaintiff
                    AMERICAN CONTRACTORS
                    INDEMNITY COMPANY

{ZZZ7 25390}

PLAINT

12 of 12

# USPS Tracking®

**FAQs** > **(https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package +

**Tracking Number:** 9510816031889142275802

Remove ✕

**On Time**

**Expected Delivery on**

# THURSDAY
# 23 MAY 2019 ⓘ by 8:00pm ⓘ

Feedback

## ✓ Delivered

May 23, 2019 at 12:15 pm
Delivered
ORANGE, CA 92868

Get Updates ⌄

---

| Text & Email Updates | ⌄ |
|---|---|

---

| Proof of Delivery | ⌄ |
|---|---|

---

| Tracking History | ⌄ |
|---|---|

---

| Product Information | ⌄ |
|---|---|

---

See Less ⌃

*3 of 3*

Estoppel

:Armond-Glenn: Evans.
[: % 15628 Carousel Dr.,.:]
[: Santa Clarita, CA, 91387:]
[: Friday: June 7, 2019:]
:RE 241 376 785 US

[:AMERICAN CONTRACTORS INDEMNITY COMPANY:
C/O Lanak & Hanna, P.C., Tracy A. Stevenson (Bar No. 162408) Frank J. Lanak (Bar No.
43487) 625 The City Drive South, Suite 190, Orange, CA  92868:]

[:June 7, 2019 – ARMOND-GLENN: EVANS]: [: account #18STLC15337:]

The living man or woman responsible for using 625 The City Drive South, Suite 190,:]
[:Orange, CA 92868:]

Re: Claim number# :RE 241 376 785 US

Dear Sir:

This is the 2nd letter and 2nd reminder to settle:

1.  For you are given the estoppel for your failure to answer back to us of your claims.
2.  You are in tacit agreement
3.  Our lawful Council says we should give you the opportunity to remove the unsubstantiated filing  under the rule of voluntary removal of frivolous paperwork.
4.  Curing yourself under the rule of Jeopardy, stopping and correcting yourself from US Code 18 Fraud and False Statements.

Contents of the previous letters in this matter are attached, as well as proof of delivery on May 23, 2019.

If not answered within 3 days you will be in default.
We reserve the right to compensation from you in your private capacity, should any of your past or future  actions compromise our credibility, in any way whatsoever.

PAGE 1 OF 3

**BILL - INVOICE**

Your failure to respond and correct in your private capacity, within 3 days from receipt of this correspondence, shall constitute default and satisfaction of all claims. Further, any further pursuance of unverified claims shall entitle me to damages in the amount of 3 times your claim of $8,984.42 USD, plus a rate of $1,000.00 per day since the inception of this matter back beginning 12/31/2018.

Yours sincerely,


By: :Armond-Glenn: Evans.

*Armond-GLenn: Evans*

:copy-right/copy-claim:

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

PAGE 2 OF 3

# USPS Tracking®

**FAQs** ❯ (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package  **+**

**Tracking Number:** 9505516031889161280006

Remove ✕

**On Time**

**Expected Delivery on**

# TUESDAY
# 11 JUNE 2019 ⓘ

by
**8:00pm** ⓘ

Feedback

☑ **Delivered**

June 11, 2019 at 10:57 am
Delivered, In/At Mailbox
ORANGE, CA 92868

**Get Updates** ⌄

---

**Text & Email Updates**                                                                ⌄

---

**Tracking History**                                                                      ⌄

---

**Product Information**                                                                  ⌄

---

See Less ∧

2 of 2

# Can't find what you're looking for?

:Armond-Glenn:Evans.
[ %15628 Carousel Dr.
Santa Clarita, Ca.91387:]
Friday June 14, 2019

:RE 241 376 785 US

AMERICAN CONTRACTORS INDEMNITY COMPANY
Adam Scott Pessin President & Edith Marquis
% Lanak & Hanna P.C.
Tracy A. Stevenson Bar No. 162408
Frank J. Lanak Bar No.43487.
625 The City Drive South. Suite 190
Orange, CA  92868

This is the 3rd letter and 3rd reminder to settle: Case # 18STLC15377

1. This contract is a formal notification that you are in default and Estoppel as of June 14th 2019.

2. You are in tacit agreement.

3. You have not  responded to questions p nor have you removed the unsubstantiated filing (case No.18STLC15337)  rule of voluntarily removal of frivolous paperwork.

4. You have not satisfactorily cured yourself under the rule of Jeopardy by, Stopping and Correcting US code 18 Fraud and False Statements.

5. I will be forced to take legal action which could incur more costs on your behalf.

Contents of the previous letters in this matter are attached, as well as proof of delivery.

We reserve the right to compensation from you in your private capacity. Should any of your past or future actions compromise my credibility, in anyway, whatsoever.

Armond-Glenn:Evans.

*Armond Glenn-Evans*
*6-14-19*

*1 of 2*