Susan A. Blush, Esq. (Bar No. 100323)
sablush@lanak-hanna.com
Francis J. Lanak, Esq. (Bar No. 43487)
flanak@lanak-hanna.com
Tracy A. Stevenson, Esq. (Bar No. 162408)
tastevenson@lanak-hanna.com
Members of LANAK & HANNA, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone:  (714) 620-2350
Facsimile:   (714) 703-1610

Attorneys for Petitioners

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ADAM SCOTT PESSIN; EDITH MARQUES; FRANK J. LANAK; TRACY A. STEVENSON; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Petitioners,<br><br>v.<br><br>ARMOND GLENN EVANS; BRETT "EEON" JONES; INNOVATED HOLDINGS, INC. Doing Business Under Trade Name SITCOMM ARBITRATION ASSOCIATION,<br><br>Respondents. | CASE NO.: 5:20-cv-00598 GW (SPx)<br><br>**NOTICE OF HEARING ON PETITION TO VACATE ARBITRATION AWARD**<br><br>DATE: June 4, 2020<br>TIME:  8:30 A.M.<br>DEPT:  9D<br><br>HONORABLE GEORGE H. WU |

   PLEASE TAKE NOTICE that the Petition to Vacate Arbitration Award will be heard on June 4, 2020 at 8:30 a.m. in Department 9D of United States District Court, Central District of California, Eastern Division, the Honorable Judge George H. Wu, presiding.

Dated:  May 21, 2020

By _____
Susan A. Blush
Member of Lanak & Hanna, P.C.
Attorneys for Petitioners

{2058 25590}                                    1
**NOTICE OF HEARING ON PETITION TO VACATE ARBITRATION AWARD**

**PROOF OF SERVICE**
ACIC vs. Armond Glenn Evans, et al.
U.S. CENTRAL DISTRICT COURT OF CALIFORNIA, EASTERN DIVISION
Case No. 20STCV08281
Our File No. 25590

I am employed in the County of Orange, State of California; I am over the age of eighteen (18) and not a party to the within action. My business address is 625 The City Drive South, Suite 190, Orange, California 92868.

On **May 21, 2020**, I served the foregoing document(s) described as **NOTICE OF HEARING ON PETITION TO VACATE ARBITRATION AWARD** on all interested parties to this action by delivering:

☒   a copy           ☐   an original

thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

**SEE ATTACHED SERVICE LIST**

☐  **(BY MAIL)** I caused such envelope, with postage thereon fully prepaid, to be placed for deposit at 625 The City Drive South, Suite 190, Orange, California 92868, in the United States Postal Service. I am familiar with the regular mail collection and processing practices of Lanak & Hanna, P.C., that the mail would be deposited with the United States Postal Service that same day in the ordinary course of business, and that the envelope was sealed and deposited for collection and mailing on the above date following ordinary business practices.

☐  **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☒  **(BY OVERNIGHT COURIER)** I served the foregoing document by Golden State Overnight Delivery Service, Inc., an express service carrier which provides overnight delivery, as follows: I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party on the attached service list, with fees for overnight delivery paid or provided for.

☐  **(BY FAX)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☐  **(BY PERSONAL SERVICE)** I personally delivered such envelope by hand to the offices of the above named addressee(s).

☒   (State)        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on **May 21, 2020,** at Orange, California.

_____
Lauren G. Harake

{2058 25590}

1

**PROOF OF SERVICE**

## SERVICE LIST

| | |
|---|---|
| INNOVATED HOLDINGS, INC., a Wyoming corporation, doing business under the Trade Name SITCOMM ARBITRATION ASSOCIATION<br>1621 CENTRAL AVE<br>CHEYENNE WY 82001<br><br>INNOVATED HOLDINGS, INC., a Wyoming corporation, doing business under the Trade Name SITCOMM ARBITRATION ASSOCIATION<br>304 S. Jones Blvd. Ste. 1967<br>Las Vegas, NV  89107 | Respondent |
| BRETT "EEON" JONES,<br>c/o California Institution for Men<br>Attn: Litigation Coordinator<br>P.O. Box 128<br>Chino, CA 91708 | Respondent |
| ARMOND GLENN EVANS<br>15628 Carrousel Drive<br>Santa Clarita, CA 91387 | Respondent |

{2058 25590}

2

**PROOF OF SERVICE**